# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

In RE:    William Larry Cappon Jr.                    Case #: **14-02357-jtg**
                                                      **Chapter 13**
                                                      **Hon. John T. Gregg**

    Debtor(s)                                         Filed:    **04/04/2014**

_____/

## CORRECTED
## 2ND PRE-CONFIRMATION
## AMENDED CHAPTER 13 PLAN

The payment amount is being corrected.    The second amendment does not decrease Plan payments.

X Check this box if this plan deviates in any way from the model plan.    **Specify the deviations in Section IV. P.**

**I.    PLAN PARAMETERS**

   B.   **LIQUIDATION ANALYSIS:** The amount to be distributed to allowed unsecured claims shall not be less than the value of Debtor's non-exempt equity less the cost of sale and the statutory Chapter 7 administrative fees.   If applicable, the liquidation value of the estate as required by 11 USC § 1325 (a)(4) is $**6,000.00**.

**II.    FUNDING**

   A.   **PLAN PAYMENT:** The Debtor(s) shall make payments in the amount of **$ 286.99**   per (  ) week, (  ) bi-weekly, (  ) semi-monthly, (X) monthly, and/or (  ) Other (see "Additional Plan Payment Provisions" below) for the minimum of the Applicable Commitment Period (ACP).

   (X)   **Additional Plan Payment Provisions:**
         Debtor's 401K Loan repayment of $442.35 monthly ends May 2017, which is after the completion of this Plan.

**III.    DISBURSEMENTS**

   A.   **ADMINISTRATIVE CLAIMS.**   The Debtor(s) shall pay in full, in deferred cash payments all allowed claims entitled to priority under 11 U.S.C. Section 507.

   **3**.   Attorney fees exclusive of costs and expenses:   An initial fee of $ 3,200.00 less fees paid of $ 1,169.00 leaving a fee balance in the amount of $ 2,031.00 to be paid by the Trustee pursuant to the priorities set forth in paragraph IV H.4 of this Plan.

   **a**. (X) Attorney fees shall be paid at the rate of **$100.00** per month until paid in full pursuant to paragraph IV.H of the Plan.

   F.   **UNSECURED CREDITORS**

      **1.   General Unsecured Creditors**: Claims in this class are paid from funds available after payment to all other classes.   The payment

allowed to the general unsecured claimants will be satisfied by:

(X)  Payment of a pro-rata share of a fixed amount of **$ 6,000.00**  set aside for creditors in this class or for the ACP, whichever pays more.   This fixed amount shall **NOT** be reduced by additional administrative expenses including attorney fees.

**I.V. P.  ADDITIONAL PROVISIONS:**

**No Limit on notices; exclusion of creditors who have not filed claims: Language Deleted.**

**III.A.3.  Monthly payment is a minimum amount.   More may be paid per month.**

**III.C.1.**  Monthly mortgage payment is approximate.

**In all other respects, the Plan remains the same.**

Date: 09/05/2014            /s/ William L. Cappon, Jr
                            William L. Cappon, Jr., Debtor

Date: 09-05-2014            /s/ Kimberly Sue Young
                            Kimberly Sue Young, Counsel for the Debtor